# Exhibit A1:

Booking Photo

