# Exhibit A2:

## Search Warrant Photos