# Exhibit B:

## Excerpts of Chats Between Portway and Others

# Exhibit B3:

## Cannibalism of Children

| Date | Username | Subject | Chat Log |
|---|---|---|---|
| 8/27/2010 | Albert fish | Cannibalism of Children | A: how cooked?<br>P: would gut him. butcher him.   belly cooked as bacon.  (with hand and foot still attached)<br>cock and balls for appetizers<br>A: behead?<br>P: yes. might eat cheeks and tongue too<br>A: i'm picturing that carcass right now<br>tongue would be a lovely appetizer<br>P: not as lovely as cock and balls. |
| 10/10/2010 | Anthony Dawfish | Cannibalism of Children | P: those legs look delicious<br>A: yes. Just one little explorative trip far enough from everybody and he could have ended up on my cutting table. So close.<br>P: I would have preferred him on mine :)<br>A: I'm sure ;) Those legs would have looked great turning on a rotisserie.<br>P: yes, nice<br>A: the skin slowly darkening and getting crisp<br>P: nice. |
| 2/11/2011 | jk_ohyeah | Cannibalism of Children | P: how you like to eat boys? what ages?<br>J: i generally like 5-12<br>P: 2-25<br>prefer under 12<br>J: mm hot choice<br>under 12 is good for sex and food i think<br>P: a 7-8yo would be so ideal for me to eat for real<br>J: me too |

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 8/3/2011 | jk_ohyeah | Cannibalism of Children | P: how would you like to prepare that boy in the pic<br>J: how wouldn't I?  baked, boiled, bbqed.  spitroasted.  alive or dead. mmm spitroasting them alive would be soo fucking hot. imagine the moment shoving up the metal rod up their sexy bumholes. or boiling a boy alive. boiling them would make their meat soo juicy<br>P: yes.  although spitting them in that way would not actually be cooking them alive.  since they would die before they hit the fire.  they would have to be tied to the spit for alive<br>J: yep tie them or boil them :)<br>P: yes<br>J: a nice large pot like those for lobster could fit a young boy whole and alive.  slowly turn up the heat.<br>P: yeah<br>J: yumm lovely tender boymeat boiling yuummm. after i boiled the boy id love to place the whole boiled boy on our dinning table. and start eating his arms<br>P: If only you lived closer.  :)<br>J: mmm i know man, wish we were neighbours<br>P: that would be fantastic<br>J: we would probably end up really raping and eating a boy<br>P: of course.  don't you want to? |
| 5/31/2012 | lowballs | Cannibalism of Children | P: I have no minimum age. I would eat a newborn. |

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 7/28/2012 | Walrus blackhawk | Cannibalism of Children | W: Kind of running you hands throught their soft hair, squeezing their sweet flesh, fudking them, then into the oven.<br>P: YES!<br>W: A nice relaxing image.<br>P: yumm<br>W: Sip a beer or glass of wine while you peer through the oven window and their antics.<br>P: :)<br>W: I meant at their antics...hard to proofread while you type. Wiggle, squirm, squeal, struggle...fun.<br>P: yumm<br>W: I wonder if fantasy is better than reality?<br>P: fantasy is good.  reality is the best<br>P: *sent files*<br>W: Yummy!<br>P: yup<br>W: Always nice to have one or two in a cage watching and waiting for their turn.<br>P: Naked...of course. |
| 7/28/2012 | Walrus blackhawk | Cannibalism of Children | P: remind me I still need to send you movies and underwear/swimsuit.diaper sections<br>W: ok<br>P: I sooooo want to fatten, fuck, kill cook and eat a boy<br>W: No that kids just right for me. First fuck him. Then cut off the little dick. Then chop him up alive and cook the pieces over an open fire. How romantic.<br>P: very nice.  (if you include a little fattening first)<br>W: You like em chubby. Self basting.<br>P: plump, but not fat. although I would eat a fat boy or a thin boy |

# Exhibit B4:

## Child Pornography

| Date | Username | Subject | Chat Log |
|---|---|---|---|
| 7/28/2012 | Walrus blackhawk | Child Pornography | W: This is a cool movie.<br>P: good, huh?<br>W: Real kids getting hung by a Russian dude.<br>P: naked?<br>W: No<br>P: drat<br>W: The struggling is quite amusing.<br>P: I will finish downloading.  but then I have to get ready for work.  :)<br>W: I have to go to. You will want to wait til the movie downloads. I think you will like it.<br>P: ok how old are the kids that get hung?<br>W: preteen and early teen. The guy was some sort of youth director in Russia and this was his hobby. Some of them put the nooses around their own necks. Then he pulls the support out.<br>W: Kick...kick...kick.<br>W: Some of them survived...some didn't. He cut the dead ones up.<br>P: nice.  would be nice if he ate them<br>W: I don't think he did that. If he did, they didn't reveal it.<br>P: would have been great though better if they were naked too<br>W: It would be more fun....<br>P: apparantly.  I am not that impressed with the movie though.  if they were naked it would be worth watching a second time. I like the hacking up though<br>W: I would like it better if they were naked. But the little actors didn't cooperate. They just died.<br>P:look delicious<br>W: I liked the hacking and the part where the kid climbs the tree and gets pulled down.  I think that was probably his last minute.<br>P: it was nice |

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 6/18/2011 | Walrus blackhawk | Child Pornography | W: Here is some boy meat. That's the real thing.<br>P: nope, just meat.  human fat is yellow.  not white<br>W: If you look, you can see the butt crack and arm. It might be a manip but I doubt it. Human fat is usually yellow...actually it's pretty gross on a preserved cadaver. This thing looks fresh. Yes I have dissected a cadaver.<br>P: might have been shaped.  but it is not human<br>W: I was in one of the medical professions where we did that. Formaldehyde and preservatives are gross. I did see an autopsy on a preteen boy once. They cut off the cranium and pulled out the brain. The colors are vivid.<br>P: nice<br>W: I think its a real kid, but I can't prove it. May not have had much carotene in the diet.<br>P: :) brb, bathroom<br>W: sent file. This little kid is obviously real. But I did manipulate the little note on the critter. The fat is yellow on that brat. There wouldn't be much meat on those ribs if you put them on the grill.<br>P: soooooo delicious |
| 2/19/2011 | Unknown | Child Pornography | P: Any new pics?<br>U: yes. Been hunting. Helped a buddy with a little 10 month old piglet last weekend. Had one of my own not long before that, just little one though. No big ones lately.<br>P: Any pics? Naked? Bound? Gagged? Cooking? Butchering?<br>U: only naked I have is the baby girl piglet that I helped with just lying on a couch when my buddy showed her to me. |
| 6/15/2011 | Walrus blackhawk | Child Pornography | P: do you have a favorite pic yet?  (I still have hundreds more by the way)<br>W: The kids with gags are nice. I like most of them.<br>P: these ones are mostly real pics.  autopsy tables and the like. want more? yes? no?<br>W: Lots of nice stuff.<br>P: you want more?<br>W: Sure! |

# Exhibit B5:

## Detailed Planning

| Date | User | Quote |
|------|------|-------|
| 4/2/2011 | Uelime | ▬▬, age 10?<br>P: maybe. You said you did not have a quite place to keep him. So if he is unrurly and prepared to yell. That will be it. Much better if we enjoyed him in a secure location. But that required money. A rented house away from neighbors<br>U: yea, i don't really have a good place to hold him right now.<br>P: As i said, money<br>U: yes. But you would also have to be careful not a leave a mess. So keeping him quiet would only be<br>P: yup<br>U: Maybe put down a lot of plastic to do him on.<br>P: that could work<br>U: then it would just be rolled up and burned<br>P: yup<br>U: and his remains would have to be destroyed too.<br>P: Yup. or fed to alligators.<br>U: yes, that would work. If we could go to the everglades, it would help in a number of ways. Seclusion, quiet area to work, and gators to eat the leftovers.<br>P: Yup. but not as secure.<br>U: why not as secure?<br>P: no roof. no walls. visibility is there.<br>U. oh, well i was thinking of getting a place there to rent.<br>P: oh ok |
| 4/2/2011 | Uelime | Continued from above U: Not doing him in the open. But even then, we couldn't let anyone see us take him in.<br>P: so we need to rent a van too.<br>U: I have a van. Just bind and gag him and cover him in the back.<br>P: nice<br>U: I would cover the back floor in plastic to provide protection in case he pees or something.<br>P: good idea<br>U: he would still have his clothes on as we ride down I guess. But you could keep an eye on him and play with him some.<br>P: That would be great |

# Exhibit B6:

## Raping and Murdering Children

Raping and Murdering

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 2/28/2011 | Uelime | Conspiracy to Commit a Crime of Violence (Murder) | Same chat, about 11 year old<br>U: I would want to snuff them right away because that would be part of the fun. Thinking hwo to do it.<br>P: choking? Drowning? Cut throat?<br>U: I thinking choking or suffocation would do the 11 year old nicely.<br>P: nice<br>U: at least he would go 'clean'.<br>P: only if he hadn't eaten or drunk in a few days<br>U: I wouldn't mind him peeing. just not a lot of blood splatter.<br>P: the blood has to come out eventually<br>U: yeah, but it would be controlled.<br>P: it is always controlled<br>U: I just don't him making a mess<br>P: like craping on your floor? that is why you do him in the bathtub<br>U: He would be in the bathtub or I would have a lot of plastic laid out for him. |
| 7/28/2012 | Walrus blackhawk | Conspiracy to Commit a Crime of Violence (Murder) | W: The idea of grabbing some nude ten year old by the hair, cutting off the head, then playing catch with the cranium is a cute image.<br>P: yup<br>W: Then there is always poking the eyes out of a little guy, rinsing out the eye holes and filling them with cum. |
| 2/28/2011 | Uelime | Conspiracy to Commit a Crime of Violence (Rape) | About ▮▮▮▮▮▮▮▮▮▮▮▮<br>U: I think he would provide some good sex.<br>P: Yup<br>U: If you don't mind the crying, that is. His rabbit died a few weeks ago, and I understand there was a lot of tears.<br>P: Nice. Would love a nice young boy to fuck and eat.<br>U: I bet his asshole would be nice a tight<br>P: nice. yes<br>U: I am sure nothing has ever been there before. We would be the first  - and last to go in there.<br>P: Yup |

Raping and Murdering

| Date | Username | Subject | Chat Log |
|---|---|---|---|
| 3/1/2011 | Uelime | Conspiracy to Commit a Crime of Violence (Rape) | Same chat, about 11 year old<br>P: and naked of course<br>U: yes, I would have been playing with him for awhile.<br>P: his butt would hurt<br>U: It would have been fully opened. And his dick sucked a lot.<br>P: Well, as many times as he can get hard anway. In the time you are keeping him. maybe 4 times?<br>U: He might be too scared to get hard. But I would still lick and suck on him.<br>P: ok. it wouldn't be worth calming him down to get him hard><br>U: Not sure if he could be calmed, but I would if I could.<br>P: :)<br>U: you could help enjoy him too.<br>P: I would love to. when you get him, let me know and I will visit. (of course, you probably couldn't keep him long enough for my plane to arrive |

# Exhibit B7:

## Conspiracy to Produce Child Pornography

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 1/17/2011 | Zachbrox | Conspiracy to Produce CP | P: any new pics?<br>Pity. You have the best pics. (although you haven't sent me the ones of you naked with an apple in your mouth yet)<br>how about that cute Minor 4 of yours. He would look great like that.<br>His mom already got him to masturbate on camera. How hard can it be?<br>tied up and naked would be fantastic too.<br>Same thing. you can't babysit some time? does his mom know you are gay?<br>take pics if you do<br>i do<br>ok. so they won't suspect. just babysit him and get the pics. a large pot would be good too. naked of course<br>offer to<br>tell them you are willing<br>nice. so do it and take pics<br>do they not have an anniversary? or valentines day? or a birthday coming up?<br>make the offer. take the pics<br>:( I want to see him naked in a baking pan. covered in olive oil<br>once you get to babysit, as soon as they leave, tell him he is going to have a bath. then, when you have taken pics of him bathing, just dry him off and don't bother to dress him again.<br>give me his address. and come to me, and you can see that. |

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 1/17/2011 | Zachbrox | Conspiracy to Produce CP | Speaking of a naked three year old Z saw at the pool<br>Z: got his pullup from the trash later tho. not wet but still warm. kind of sick but its a thing i have.<br>P: :) yeah. not for me, but then I just like the naked boy.<br>Z: I jacked in his pullup where his dick was only like 10 mins b4 lol<br>P: really? in the changing room?<br>Z: in the toilet there yea<br>P: wow. wish I had seen that. :)<br>Z: would of been  kool 2 get on cam yea<br>P: yes, you masturbating after he ran by naked<br>Z: pullups soak up cum as well as pee lol. no tolet paper need after<br>P: nice.<br>Z: would rather cum inside me of course. Impaled on my lap while sitting on the toilet. That would make a kool vid<br>P: we can make that one when you bring the two boys to me. |
| 4/2/2011 | Uelime | Conspiracy to Produce CP | ▬▬▬▬▬▬▬<br>P: yes. Any new pics of him? Swimsuit? Naked?<br>U: No, nothing new. I want to get a new one of him though soon.<br>P: naked is always best.<br>U: yes, but I wont get that til we get him stipped.<br>P: ok :)<br>U: If you stip him, I will snap a pic.<br>P: Excellent<br>U: Could you take his crying?<br>P: he would be gagged. It wouldn't bother me anyway. I would just hurt him until he stopped.<br>U: I would enjoy fingering him and seeing the look on his face.<br>P: :) I would take pics of that. Maybe a movie<br>U: I would want pics of the snuff too<br>P: of course<br>U: His last moments of life. I put up his pic. I think you have seen that one before. |

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 4/4/2011 | Uelime | Conspirarcy to Commit a Crime of Violence (Kidnapping) | U: maybe grab him and give him a hard punch to the belly to bring him under control. |
| | | | P: you mean when capturing him? |
| | | | U: Yea |
| | | | P: Maybe |
| | | | U: throw him in the van and tape him up quick |
| | | | P: yup |
| | | | U: then you could keep him company while we drive away. |
| | | | P: Yup :) |
| | | | U: After his mouth was taped, you could feel him all over. |
| | | | P: Yup. and undress him. |
| | | | U: You would have to undo the tape for that. |
| | | | P: Nope. cut his clothes off. |
| | | | U: oh with a razor blade? |
| | | | P: scissors. |
| | | | U: If he is wearing jeans like in the pic, that might be hard. |
| | | | P: Nope. just need good scissors. same ones used by emt. can cut through a penny |
| | | | U: That would be hot to cut his pants off of him. he would be terrified. |
| | | | P: pants, underwear, shirt. shoes and socks should come off easy. and he is naked. |

# Exhibit B8:

## Describing Dungeon

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 11/28/2009 | Albert fish | Basement | A: so what would be your perfect piglet?<br>P: hmmm, anything 8 years old or so.  plump belly.  naked. in my basement... and preferably male so I can fuck him |
| 9/29/2010 | calf_keeper2 | Basement | P: really want to eat a nice young boy. setting my basement up. getting it ready<br>C: tell me about your setup<br>P: well, locked basement, has a cage, has a table to tie people to, working on sound proofing now, going to cost a few thousand dollars more<br>C: are you putting straps on the table to use as ties?  or some other idea?<br>P: already have straps<br>C: I'd love to see a picture of your setup<br>P: don't have a pic of it yet<br>C: what will you do for draining blood?<br>P: have plans for that.  but not positive.  you have ideas?<br>C: well there's always a large barrel to put under them if you hang them to drain.  or off the end of the table if you do them there<br>P: I know.<br>C: do you have a seperate room for the cage or is it going to be in the room with the table?<br>P: it is in same room<br>C: where will your tools be?  the knives?  saws?  trays and whatever else you plan to have<br>P: in another room<br>C: so he won't be looking at them all the time from his cage<br>P: true. but he will know he will be my dinner.<br>C: how will you store his meat after butchering?<br>P: fridge and freezer. and as I said, cage has whole in it for head to come out for feedings.  :)<br>C: then you don't have to open the door.  nice idea<br>P: sticking his little head, gag in place, through the hole :) if he is young enough, he will be sitting on my lap when I feed him.  but if older, the hole will work<br>C: I know you are preferring slightly older<br>P: yes. nicer ass to fuck before hand |

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 1/8/2009 | ed_gein_08 | Basement | E: the main idea is to prolong the cooking for as long as possible<br>P: that would probably be the way to do it.  but the screams woud still be an issue<br>E: not out in the woods. where else then?<br>P: have to design a bbq that works in basement. windowless room, sound proofed.  plenty of ventillation<br>E: nice<br>P: big enough for a full cooking, so 7-9 feet long |
| 2/15/2010 | Honza | Basement | H: will you parade us naked for your dinner guests? around the tables?<br>P: no, only the one who will be dinner.  the other will not be invited.  will be locked and caged in basement.  waiting his turn to be fattened. |
| 10/24/2011 | jaxx meat | Basement | J: Thats good to hear. Now you live in ma? So you live alone whats your situation?<br>P: I live in a duplex.  I have a basement to keep you and hurt you. The radio and your gag will muffle most of your screams.   I live alone.  What else do you want to know? |
| 7/1/2012 | Jörg Buse | Basement | P: I want you here, in my cage.  waiting to be my dinner. |
| 7/28/2012 | Jörg Buse | Basement | J: you have a nice boy butcher basement?<br>P: yes, My basement is ready for you |
| 5/31/2012 | lowballs | Basement | P: no young boys in my basement<br>L: oh no. u have a restraint table?<br>P: yes<br>L: kind of frightening down there then?<br>P: not for me :)<br>L: soundproof or u gag em?<br>P: It is impossible to get soundproof. I tried. I use gag |
| 9/21/2010 | Michael Ray | Basement | M: question for you sir do you have one of those huge deep freezers.. like one you can actually fit a body in lol<br>P: yup |

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|------|----------|---------|----------|
| 1/29/2011 | negboy1987 | Basement | P: honestly, I wouldn't want that. once I have you here. the only way I wouldn't eat you is if someone found out you were here. so you really need to decide you want this before you meet me. if you are naked and bound in my basement, I WILL eat you<br>N: I'm not into sm or anything like that. I want my butcher to calm me down and to convince me that I have to be butchered<br>P: what is sm?<br>N: sado maso. you know that?<br>P: I will not hurt you unless you leave me no choice. but it will hurt when I cut you. and I will do my best to calm you down. I am not in to torture myself either.<br>N: that's good! I'm not into torture either...!<br>P: good.<br>N: Maybe you could leave me a choice. I'm sure I'd go through with that. But its pretty hard, too and it will hurt<br>P: it will hurt. but it will be quick<br>N: got some analgetics or anything? I'D love to be fucked by you while being cut up. That will take a while<br>P: if I gave you drugs, it would affect your taste. and I want you to taste your best.<br>N: So I wont be allowed to drink before that event? If I could drink, You could do anything you want:-)<br>P: alcohol, I would allow. that will not ruin the meat<br>N: that would be great if I could drink some alcohol. Then it would be easier for me to go through with it<br>P: good. we'll do that then |
| 1/29/2011 | negboy1987 | Basement | N: so tell me what you wanna do when we meet<br>P: well. I will take you home<br>N: but please be serious!!! please<br>P: I am always serious. strip you naked. shave you and clean you. tie you up and gag you. bring you to my basement begin turning you into meat. mentally at least. maybe physically too. keep you alive to fuck for a few weeks. when I am sure no one will track you back to me, I will cut open your belly. butcher you and eat you |

Conspiracy to Produce

| Date | Username | Subject | Chat Log |
|---|---|---|---|
| 1/30/2011 | negboy1987 | Basement | N: how's the deal if i dont want it after arriving?<br>P: depends upon wether you are in my basement or still at your hotel. if in my basement, I will keep you until you are convinced you want it again. if you are still at your hotel, you just enjoy the rest of your vacation<br>N: I will visit you in your basement and you couldn't let me go<br>P: correct. unless someone finds you there<br>N: So you will hold me down?<br>P: well.  yes, but I would do that anyway.  I would keep you until you decided to change your mind again.  :) you will be delicious<br>N: and if I dont change my mind?<br>P: well, after about a year I will probably just kill you anyway.  no offence. |
| 5/23/2012 | Prey2 | Basement | P: would do almost anything to get a nice young boy in my basement |

Conspiracy to Produce

# Exhibit B9:

## Soliciting Arnett/Looking to Arnett as an Expert

Solicitation

| Date | User | Excerpt |
|------|------|---------|
| 9/28/2010 | Arnett | A: and this one is on the low scale of your range at nearly four, but still a very nice specimen. I think his undies are appropriate for his situation too ;)<br>P: :) would love him. question is, can i get him?<br>A: unfortunately he's off the market now.  courtesy of one of my friends out West >:)<br>P: ooooh<br>A: but I thought he was nice enough to show you<br>P: drat. he was. Is. would have been<br>A: he had a date with a large cutting table over the weekend<br>P: any pics of that?  that would be hot<br>A: no.  My friend just sent me the one picture. |
| 9/22/2010 | Arnett | P: :)  I was told you might have one for me?  or help me get one.<br>A: You are talking about ▮▮▮▮▮  yes.  CK told me you had quite an interest in him.<br>P: he does look delicious<br>A: He is a doll isn't he?<br>P: would look better naked.<br>A: THey would all look better naked ;)  If ▮▮▮▮s mama had let him play naked that day I wouldn't have complained.  But that little swimsuit let a lot be shown<br>P: true.  just not enough.  :) |
| 9/22/2010 | Arnett | A: One ▮▮▮▮▮'s size would probably suit you well<br>P: yes.  or a bit older.  but in any case, I want one.<br>A: It would be your first wouldn't it?<br>P: yes<br>A: what would you want help with?  finding one?  hunting it? capturing it?<br>P: all of the above<br>A: and after capture?<br>P: don't need help eating him  :) |

| Date | User | Excerpt |
|------|------|---------|
| 10/1/2010 | Arnett | About 4 year old godson of user's coworker<br>P: :)<br>A: if I could have suck him in my car I would have. Those arms and legs are just beautiful.<br>P: I would have loved to have him too.<br>A: I'm sure it would not be hard to find out where in Baltimore he lives ;) question is, would you go that far to snatch him?<br>P: I might. If I knew I could get him. On just the chance of getting him, probably not. there are thousands of young boys closer than that. I would need to know there is a good probablity of success.<br>A: I can understand that. Maybe I can get some more information from my co-worker and do a little looking around and see if I can learn more about him. |
| 9/22/2010 | Arnett | P: so, how do I get me a boy?<br>A: Well that depends on what you are looking for, also where you are willing to go to get one.  CK was saying he thought you might have a hard time taking one that would be missed by a lot of people.<br>P: no.  just don't want to get caught.<br>A: nobody does. I know that if you were to take ▓▓▓▓▓ for instance, he would be missed and probably pretty quick.  There are ways to get ones that might not be missed for a longer period of time, though usually they are younger.<br>P: i would have thought the opposite.  the older they are the more independant.  and therefore not missed as fast.<br>A: Depending on many factors, that can be true.  Most of the time a baby or young toddler is watched closer and not prone to wander away and explore as much, but there are instances where even the small ones are vulnerable.<br>P: :)<br>A: *sent file*<br>P: he looks delicious<br>A: take this little guy for instance.  With a mama who likes to do her drugs and put him in his crib every eevening while she gets blitzed.  Who will be there to stop someone from plucking him out of that crib and making off with him?  ;) |

Solicitation

| Date | User | Excerpt |
|------|------|---------|
| 9/29/2010 | Arnett | P: really want to eat a nice young boy. setting my basement up. getting it ready<br>C: tell me about your setup<br>P: well, locked basement, has a cage, has a table to tie people to, working on sound proofing now, going to cost a few thousand dollars more<br>C: are you putting straps on the table to use as ties?  or some other idea?<br>P: already have straps<br>C: I'd love to see a picture of your setup<br>P: don't have a pic of it yet<br>C: what will you do for draining blood?<br>P: have plans for that.  but not positive.  you have ideas?<br>C: well there's always a large barrel to put under them if you hang them to drain.  or off the end of the table if you do them there<br>P: I know.<br>C: do you have a seperate room for the cage or is it going to be in the room with the table?<br>P: it is in same room<br>C: where will your tools be?  the knives?  saws?  trays and whatever else you plan to have<br>P: in another room<br>C: so he won't be looking at them all the time from his cage<br>P: true. but he will know he will be my dinner.<br>C: how will you store his meat after butchering?<br>P: fridge and freezer. and as I said, cage has whole in it for head to come out for feedings.  :)<br>C: then you don't have to open the door.  nice idea<br>P: sticking his little head, gag in place, through the hole :) if he is young enough, he will be sitting on my lap when I feed him.  but if older, the hole will work<br>C: I know you are preferring slightly older<br>P: yes. nicer ass to fuck before hand |

| Date | User | Excerpt |
|---|---|---|
| 2/19/2011 | Arnett | P: how are you?still hunting little pigletts? any new pics?<br>C: yes.  been hunting.  helped a buddy with a little 10 month girl piglet last weekend.  had one of my own not long before that, just little one though.  no big ones lately<br>P: any pics? naked? bound? gagged? cooking? butchering?<br>C: only naked I have is the baby girl piglet that I helped with just lying on a couch when my buddy showed her to me. have two pics of a little 6 yr old blindfolded but clothed<br>P: nice.  I prefer boys though.  nice plump naked boys<br>C: I can show you my last boy but the best I have of him is diapered<br>P: :)  please.  naked and bound is always best though.  :) soooooo delicious. I want to eat him now. and I just ate<br>C: he was the one that I might have shown you sitting in a riding toy outside a store earlier this winter. almost caught him that day and ended up getting him a few weeks later.  wearing the same coat and shoes as in the pic<br>P: not sure.  but not a big fan of clothed meat  :)<br>C: Ok. well that was the best shot I got of him.  that was on the day of his capture a few hours after getting him to the cabin. he was small, but plump and oh so tender<br>P: he looks delicious<br>C: he didn't know when that picture was taken that he had less than a day to be a little boy. then he was to become just meat<br>P: :)  so nice<br>C: a nice plump slab of toddler meat ripe for butchering, cooking and eating<br>P: I would have loved to eat him. I just can't get a boy<br>C: I was so hoping that he would give me another chance to take him.  It took a while but finally he wandered off from his babysittier just long enough for me to lure him away. I kept squeezing his meaty arms and legs and rubbing his soft belly all the way home with him too.  He just giggled and loved the attention.  He didn't know I was really checking his meat ;) |

Solicitation

| Date | User | Excerpt |
|------|------|---------|
| 2/28/2011 | Arnett | P: long time no chat.  :)  (at least a week, right?)  eaten any new boys?<br>C: just one. a little guy<br>P: cooking pics?<br>C: put him out on that spit you see in my picture box.  first spit of the new year.<br>no.  but I do have one naked one from washdown.<br>P: nothing in your pic box.  black box<br>C: you've seen my spit before I'm sure<br>P: ummm, I don't think so. send? along with boy.  :) preferably on spit. :) NICE spit!!! wish you had a naked boy on it<br>C: it did ;)  yesterday =p~<br>P: would love to have seen it.  when can I share one of your boy dinners.  :) cute boy bathing. needs fattening.  :)<br>C: lol maybe someday.  I know.  I was hoping he had meatier legs on him, good lean meat but a little more plump would have been nice<br>P: love them plump<br>C: that's the trouble with getting ones wearing sweatpants and such, hiding those legs.  sometimes they can look meatier than they really are<br>P: but still delicious<br>C: and he was.  quite tender.  still a very good morsel. fit on the bar very well. though he was not at all happy about it ;) >:)<br>P: but once again.  no pics of cooking.  :( *sigh* I will never get one at this rate.<br>C: sorry.  you aren't the only one that asks<br>P: I know.  but I want to see them far more than the others who ask you.  :) :D<br>C: lol<br>P: really like the spit. |

| Date | User | Excerpt |
|------|------|---------|
| 2/28/2011 | Arnett | C: well you can put the two pipcs together somewhat.  imagine him lying on that bar.  his shoulders resting at that first cross pole, arms bent back under the pole and back up towards his belly. trussed wrist to wrist.  the legs spread and tied to the lower cross pole. completely helpless.  his pink / white skin contrasting on that dark pole<br>P: nice. would have loved to see it.  and tasted him<br>C: carved off his little round buttocks first.  They were amazing<br>talk about tender.  and perfectly cooked<br>P: nice. would have been fantastic to watch.  and video tape.  :)<br>C: have some stored up now, but already on the look for new ones.  Got a couple small ones in my sights right now down in warmer areas<br>P: :)<br>C: to video him from hunt and capture to cooking and eating ould be so hot<br>P: it would<br>C: to watch him go from happy little unsuspecting boy to scared little morsel...then to see him put on the spit pole and over the fire.  cooking slowly, then to see his cooked little body carved up and the meat enjoyed :)<br>P: I would pay to see that video.  :)<br>C: I'm sure<br>P: would also like some of my favorite stories turned into high quality videos.  :)<br>C: showing the little boy being sectrly stalked.  followed and watched at playgrounds and other places.  then a video of him being carried away and put in a van or a car.  driven off having no idea that something bad is happening.  no concept of being kidnapped.<br>P: I like this story<br>C: the conversation in the car being about his little body being eaten, but he's not quite realizing it's a bad thing<br>he's smiling, happy, giggling.  loving being squeezed, tickled, rubbed.  not knowing that he is having his meat checked. |

Solicitation

| Date | User | Excerpt |
|------|------|---------|
| 10/10/2010 | Arnett | P: those legs look delicious<br>A: yes. Just one little explorative trip far enough from everybody and he could have ended up on my cutting table. So close.<br>P: I would have preferred him on mine :)<br>A: I'm sure ;) Those legs would have looked great turning on a rotisserie.<br>P: yes, nice<br>A: the skin slowly darkening and getting crisp<br>P: nice. |

# Exhibit B10:

## Soliciting Others for Victims

Soliciting Others

| Date | User | Quote |
|---|---|---|
| 1/23/2011 | Zachbrox | P: I want to eat you and the two boys you will bring me. Perhaps not today. But it will happen. That is all I live fore. The hope that young meat will walk in my door.<br>P: No, I am serious. It is the only thing that get me up in the morning. |
| 1/29/2011 | negboy1987 | P: unless you know any other young boys who want to be cooked and eaten you could bring with you :)<br>N: got a friend he's only 15. maybe we could kill him at first<br>P: if you could get him to come with you I would appreciate it.  :)<br>N: but he doesn't want that<br>I mean being killed<br>P: hmmm.  well, I would probably eat him anyway if you could get him here  :)  but if it isn't possible, I guess I will just eat you  :) |
| 12/15/2011 | Floridapig | P: okay. So back to my original question. How do you feel about non-consensual cannidalism<br>F: I'm okay with it<br>P: ok. Excellent. I like it too.<br>...<br>P: hmmm well, the main thing I want to eat is young meat. The younger the better. So this isn't really about me. I was just wondering what your limits are. what you would be willing to give up. from your answer I would guess nothing besides yourself. which is a fine answer. I was just curious. If I found a young longpig willing to come to me I would inquire if he had a brother or young male friend he might be willing to bring with him. :) but I am greedy |
| 5/14/2012 | Uelime | P: Then he is already plump enough to eat. Just wish you had fully shirtless pics<br>U: yes, it's a nice belly. He is ready for you. Yes, he is ready for you.<br>P: I want him. But he is getting old. Needs to be harvested soon.<br>U: I am sure that he is still hairless.<br>P: Not for long though. hurry up and catch him |

Soliciting Others

| Date | User | Quote |
|------|------|-------|
| 5/28/2012 | Uelime | Continued:<br>U: No, I don't think so. But you wouldn't want them. I still need them for a while longer.<br>P: Not if you try to steal the balls I was going to eat. Yours will make a nice replacement. And I am sure you will be delicious too.<br>U: Nah. We could share a ball each from the boy.<br>P: Once again. We COULD. but why would i share them with you? What are you bringing to the equation? I am bringing the boy.<br>U: I have offered ▇ for you. He is still good.<br>P: True. But I will be the one butchering him. Since you are too squemish for that. which is why I get half. what are you bringing for my roast that I catch?.....<br>U: I could bring a boy too, I suppose.<br>P: well, then we can share them. and you can have cock and bals.<br>U: But it would entail a long drive with him tied and gagged in the back.<br>P: See how cooperative I can be? That is fine. We will eat him when he gets here.<br>U: I might be tempted to stop along the way and play with him though<br>P: as long as he is whole when he gets here. and no one is following you. or catches you "playing " with him. |
| 5/24/2011 | mlkjhp | M: my dad has a brother. This brother has sons. My dad and my uncle make us fuck them<br>P: how old are they?<br>M: uncle is 31 the sons are elleveen and aight. My dad fucks them and he fucks my uncle too.<br>P: ooooh. Bring the elven and eight year old with you when you come to me instead. |
| 8/8/2011 | xcalibur | P: :) it would be nice if you had a nice thin young boy to bring with you. So I can fuck him good :)<br>X: lol would be nice indeed<br>P: under 18 would be even better |

# Exhibit B11:

Minors 4 and 5,
Close Relatives
of Portway

| Date | User Name | Quote |
|---|---|---|
| 2/28/2011 | Arnett | P: bah, Minor 5 and Minor 4 know it is a bad thing.  and they are 5 and 3. I discussed it with them<br>A: said sweetly and jokingly for one as little as this last little guy though. What did you talk to them about?<br>P: well, I told them I wanted to eat them (their parents were not around) and they said they didn't want to be cooked and eaten because it would hurt. I tried telling them that I would kill them first, but they insisted they didn't want to die and dying would hurt too. pity really. I would love to eat them both. (even though Minor 5 is female)<br>A: too bad you couldn't make it sound like a fun thing. a big boy/girl thing. and make them think it would really not hurt, that they would just go to sleep. and how happy they would make you letting you cook and eat them.<br>P: If I had taken it further, they would have mentioned it to their parents.<br>A: espeically at those ages =P too bad there was no way to convince them. it would have been exciting if even one of them thought it would be funny to be eaten, maybe thinking you were mostly kidding until the real time came.<br>P: I know. Would have been fantastic.<br>A: Would either on have been a possibility to take away and eat? could you have done it?<br>P: if they thought it was a joke or a game, yes. get that one when their parents were not around. bring them home. then they would know I was serious when I undressed them. would stop being a game for them. |

| Date | User Name | Quote |
|------|-----------|-------|
| 2/28/2011 | Arnett | continued from above A: which one is the boy?<br>P: 3 yo.<br>A: great age. and even he didn't think you might just be being silly talking about eating him?<br>P: I still have time with him. would eat him if he was willing all they way up to age 25.<br>A: Would you ever consider taking him?<br>P: have considered it for a while. He, being family, would have to come to me willingly. (non-family wouldn't)<br>A: so if you saw a chance to lure him off with you, with nobody seeing.  you would do it? just in the car and gone. knowing somebody might be missing him very soon.<br>P: On the odd chance I could get him while he was outside his house, with on one knowing i was there, yes. But the odds are long since he (being still very young) is rarely out of their sight. and it isn't as if I am stalking him. so about as likely as finding any pre-teen boy alone. not very.<br>A: true, but it does happen. even if he were playing in the yeard and was left alone for a minute, or was running around playing where he was out of sight briefly.<br>P: and I just happened to be at their house without them knowing. even more unlikely.<br>A: what about paying someone to either take him, or hold him for you for a bit. Like taking them to a park or something and having him 'vanish' from there. but he really was given to another person to hold on to until you could get him safely. you took him to the bathroom at the park with you, but he ran back out while you were finishing up and by the time you got out, he was gone. |

| Date | User Name | Quote |
|------|-----------|-------|
| 2/28/2011 | Arnett | Continued from above P: I am not that good a liar.  and there would be police involved. Besdies then I would have to trust that person. Or share him with that person. And I don't really want to do either. I want a whole boy. Not half of one. :) I am greedy<br>A: I've known people who would just hold him for a while and not expect anything else except payment.<br>P: that is still trusting a stagner. then the backmail can being. I don't have that much money. and my entire family would never talk to me again.<br>A: does he sleep alone? in his own room?<br>P: yes<br>A: ground floor?<br>P: nope<br>A: darn<br>P: I know<br>A: are they ever left with a babysitter?<br>P: my mom<br>A: rats<br>P: I know<br>A: so even if I offered to come help take him as long as we were able to figure out a good way, then just let you have him<br>P: that would be fantastic. |
| 7/28/2012 | Walrus blackhawk | W: Any chubby little ones in your life?<br>P: only Minor 4.  but he isn't in my larder or naked<br>W: Minor 4 in the hand is worth two on the loose. How old is the meat?<br>P: 6.  perfect age.  nice plump belly.  would be delicious.<br>W: But...I suppose...his parents would object. If not, have them join you for a roast.<br>P: too true. my sibling doesn't even like me much.  took years before ███ would trust me alone in the same room with him.<br>W: What does the little critter look like?<br>P: perfect.<br>W: Hair color? Eyes? you read my new story?<br>P: brown hair, never looked at his eyes. |

| Date | User Name | Quote |
|------|-----------|-------|
| 7/28/2012 | Walrus blackhawk | P: my cute delicious Minor 4 is body shy though.  won't take off his shirt.  even swimming. he is ashamed of being plump<br>W: Too bad.<br>P: I know.  would be great<br>W: The fat would melt nicely and baste him while he roasts, squirms, and screams.<br>P: well, he would be dead when he cooks.  I love him too much to cook him alive<br>W: Oh, that's nice. He would appreciate that. I've heard meat tastes better if it it killed quickly.<br>P: :)<br>W: But, he's your Minor 4...maybe a little one not so close would be better...one of his little friends. He might even be a little cannibal and join you in eating his little buddy. Family togetherness.<br>P: I doubt it.  I have mentioned cooking him to him beofre.  He didn't like the idea. before<br>W: But what about cooking one of his friends?<br>P: it would be nice.  but I don't know his friends |
| 1/22/2011 | Zachbrox | P: and one of my nephew's (2 years old) is huge for his age too<br>Z: fatten him up for a week then take him like he is. Kool.<br>P: yup |

# Exhibit B12:

## Intent to Act in Reality

Reality

| Date | User | Excerpt |
|------|------|---------|
| 7/28/2012 | Walrus blackhawk | W: Who knows...fantasy might be better than reality.<br>P: not for me.<br>W: Maybe not...<br>P: how so?<br>W: Who knows...only those who have been eaten.<br>P: I see.  well, I still want reality. |
| 7/28/2012 | Walrus blackhawk | W: But fantasy is always fun.<br>So much simpler.<br>P: I prefer reality<br>I understand.<br>P: I want to actually cook and eat boys.  and fuck and fatten them first<br>W: Oh...it would be fun.<br>P: absolutely |
| 1/22/2011 | UN | U: I know that, I chat with a lot of people! Are you fantasy or serious?<br>P: serious |
| 6/7/2011 | Michaelsp | M: Well I've been around. Alas no sign of a real chef yet<br>P: ah yes. I recall drooling over your pics. I am real. |
| 7/16/2011 | grillmasterdc | P: you roleplay only?<br>G: yes, in-person role play with LPs in the DC area<br>P: drat. I am looking for real |

Reality

| Date | User | Excerpt |
|------|------|---------|
| 7/28/2012 | Zep486 | P: do you really want to be cooked and eaten?<br>Z: yes<br>P: your profile says you want to be boiled, roasted or spitted.  I can't really do any of those.<br>Z: why not<br>P: I don't have a pot big enough, or an oven big enough, or a safe place outdoors or a spit big enough.<br>also, such methods would waste meat<br>Z: how about in the middle of the woods<br>P: I said a safe place.  where no one would interrupt for hours.  anywhere outside would not be safe<br>especially with a fire creating smoke<br>would you be willing to be butchered?<br>Z: no i want to feel myself cooking<br>P: ok  :(<br>Z: how about at a camp in NH<br>P: as I said, out doors is not safe<br>Z: oh<br>P: therefore unrealistic<br>Z: oh<br>how about using charcoal<br>P: once again, too much chance that someone will see.  and then there is carrying what is left of you back.  just won't work.  butchering is the only realistic way.  anyone who tells you otherwise is lying to you.  it is a hot fantaasy, but that is all it is. |
| 4/26/2011 | UN | P: If only there were other real cannibals out there. :) or it was easier to get boys. |

Reality

| Date | User | Excerpt |
|------|------|---------|
| 1/3/2010 | Reece Nowak | R: you are serious too, right<br>P: yes<br>R: ok<br>P: as long as no one finds you here<br>R: No one will<br>P: ar tracks you back. good<br>R: this computer will get disposed of months before i leave. no trace<br>P: good. I am looking forward to you already<br>R: Do you have somewhere suitable to do me?<br>P: yes |
| 7/1/2012 | lamberteakins | P: I would really eat a young boy. Or twenty young boys. I am greedy. |
| 7/28/2012 | Walrus blackhawk | P: pity. I would actually eat a boy.  or 10.<br>W: I understand. A 6 to 12 year old would be delicious. But, there are too many other considerations.<br>P: not for me.  only a fine fuck and fine meat. |
| 9/27/2010 | yaoilink | P: I am more into real than roleplay.  would love to eat a nice young boy or five.  :) |
| 7/24/2011 | UN | P: I prefer real to roleplay. :) but since you are not here... I would definitely eat you in a roleplay situation. Much prefer to actually eat a young boy though. |
| 7/25/2011 | UN | P: but you are just in to roleplay. And I want to eat your meat. |
| 10/2/2011 | johnnyedm | J: nd you're serious that you'd wanna eat lil ol me?<br>P: yes |
| 10/6/2011 | UN | P: You have cholroform? I have tried to get that. Not really possible |
| 10/10/2011 | lucky | L: so what sort of role-play or cooking for real do you offer?<br>P: cooking for real lovely young boys. |
| 12/10/2011 | Prey2 | Prey: the real thing is quite a step so not sure if it will remain fantasy or become roleplay or even real.<br>P: I want real. :) |
| 3/1/2012 | Prey2 | P: I want reality. Real meat in my oven |
| 3/24/2012 | ncslave | P: you for real? Or just roleplay?<br>N: real. You?<br>P: real |

Reality

| Date | User | Excerpt |
|------|------|---------|
| 4/1/2012 | snowgrey720 | S: food or cook?<br>P: both<br>S: rl?<br>P: yes<br>S: I am rl food<br>P: and I want to eat you<br>S: how serious<br>P: very |
| 4/21/2012 | UN | P: yes. I want to eat you. Come to me. By my meat for real. |
| 5/16/2012 | lamberteakins | P: I would perfer reality. But I am not opposed to the occasional roleplay. :) |
| 5/30/2012 | dennis25 | P: ah, I wish this wasn't just fantasy. Wish you were here. And nephews :)<br>D: bedtime here. Hope to chat more and maybe meet in real<br>P: have fun being naked. And goodnight. I would LOVE to eat you for real. |
| 5/31/2012 | UN | P: It is a big risk. But if you get here, without leaving any trail to me. I WILL kill, cook, and eat you. |
| 6/29/2012 | hogchef | P: Flew to meet someone who never showed up. Lost $2000 doing it. Wish I could be sure you would be there. |

# Exhibit B13:

## Evading Law Enforcement

Evading Law Enforcement

| Date | User | Quote |
|------|------|-------|
| 10/2/2011 | johnnyedm | P: the only way to talk on phone would be disposable phones. You will need to bring the laptop with you. A can't have anyone tracing me through that. |
| 10/24/2011 | jaxx meat | J: Nice ok, so not to get personal but have you butchered others before?<br>P: what answer do you expect me to give to that?<br>J: Well I was looking for a chef with experience if possible. That way I know that the chef knows what he is doing and doesnt back down in the middle<br>P: no experienced chef is going to admit it.  I will not back out as long as you have followed my instructions.<br>J: Ive heard stories of chefs starting to butcher the meat then getting squicked in the middle and stopping so<br>P: I will not stop in the middle either<br>J: So question though why wouldnt you admit if you have done guys in before?<br>P: legal ramifications.  you could be a cop.  any admission here could be used in court. You should know that. |
| 5/1/2012 | Unknown | P: Depends upon whether or not you made the correct procedures to not be found. Brought hard drive with you, used only public transportation or walking, travel only in cash and without leaving a trail to my dor. |
| 5/27/2012 | nate smith | P: to start with, you leave a note for your friends and family saying you are running away/leaving forever.  you travel only with cash, and without any electronic devices like cell phones, or computers.  you bring with you the hard drive of every computer you have ever chatted with.  you then take a train and then a bus to MASS.<br>knowing that you are not going to survive the experience<br>you go to the pre-arranged place at the pre-arranged time.  and when I drive up, you get into the back seat of my car.  you sit there quietly for the entire ride back to my place |

Evading Law Enforcement

| Date | User | Quote |
|------|------|-------|
| 7/28/2012 | David Rusaw | D: ok when u wanna do this? im ready when u r<br>P: as I said before.  you need some cash.  you will need to travel to MASS, using only cash. using only public transportation.<br>you will need to bring the hard drive of every computer you have ever chatted on.<br>....<br>P: the point is I don't want to get caught.  driving to you would leave traces.  the fewer of them the better for me.<br>D: how would driving to me leave traces?<br>P: many many ways.  first, there is gas.  I would hae to fill up at least once and gas stations all have cameras these days.  second sleeping.  either I have to get a room which leaves traces, or sleep in my car.  which I know from experience draws the attention of police. they record plate even if they don't knock on window to see if you are ok.<br>third, there would be many cameras in your city that I would appear on. |

# Exhibit B14:

## Extended Sexual Abuse

Extended Sexual Abuse

| Date | User | Quote |
|------|------|-------|
| 5/12/2012 | Uelime | U: had any good meals?<br>P: none that used to be cute plump boys<br>U: You may have to settle for a slim one and I could set you up<br>P: you have him?<br>U: well, not here. But I wouldn't want him to spoil by getting him early.<br>P: I would want to keep him for a few weeks/months and fuck him and fatten him up<br>U: No! not fatten up! he is too cute like he is. but fucking, yes. |

Extended Sexual Abuse

| Date | User | Quote |
|------|------|-------|
| 7/28/2012 | Walrus blackhawk | W: It took a while to photomanip that. I like the way they are all charred and the limbs are falling off. It would probably be quite tender.<br>P: looks a bit overcooked to me.  :)<br>W: Yeah...I can't control other folks cooking. They are a little overdone<br>P: :)<br>W: They were strangled before they were cooked.<br>P: very nice.  a good way to kill them.  drowning and cutting throat are good too.  :)<br>W: Those are fun ways. Cooking them alive is amusing too.<br>P: I would love to do that.  Everyone says it would waste meat though.  Spoil it.  But it would make a FANTASTIC video.<br>W: The squealing, sputtering and sizzling. Watching the blisters grow then brown. Listening to the pleading. What a pleasant scenario.<br>P: YES!  so hot.  (literally too)<br>W: an oven roaster would be perfect.  maybe a nice 4 year old.<br>P: have a pic of a 1 year old being put into an oven<br>W:sent file &quot;WondererSig.jpg&quot;<files alt=""><file size="13823" index="0">WondererSig.jpg</file></files> This kid would be nice.<br>P: too much clothing.  and I would fatten him up for a few weeks first<br>W: Then tie him with cord, stick an apple in his mouth, and enjoy the show.<br>P: yes<br>W: The wiggling and struggling.<br>P: so hot<br>W: Literally. "Mister...its so hot in here...please help me"<br>P: Can't talk around the apple silly.  :)<br>W: Forgot about that mmmphgg...ggmmm |

Extended Sexual Abuse

| Date | User | Quote |
|------|------|-------|
| 7/28/2012 | Walrus blackhawk | W: The little baby doesn't do much for me. But the toddler is nice.<br>P: sorry<br>W: The little head would come off so easy.<br>P: sent file &quot;the-boy-which-holds-an-apple-thumb3948023.jpg&qu<br>W: On the toddler. It would just be staring at you wonder what's happening and the zip...off with the head. He's ready for the oven.<br>P: they all are<br>W: The toddler guts could be used for giblet dressing.<br>P: :)<br>W: With maybe a six year old brother watching from a cage. Knowing he was next.<br>P: nice<br>W: Wondering what it would feel like. We'd talk to the kid and explain what was going to happen to him tomorrow and let him think about it.<br>P: tomorrow?  wow, you eat fast.  take me a month or more to eat a boy<br>W:That would rush it. We need to give the six year old more time to anticipate his fate. Stroking his little head. Fucking his little butt. Then show him the knife we plan to use to cut him up.<br>P: nice<br>W:How romantiic. Nice and gentle (evil grin). |
| 2/28/2011 | Uelime | U: Any plans to come back to Flordia?<br>P: none right now. Do you want me to? Are you inviting me down? :) to share ▮▮▮ maybe? Yumm<br>U: He might be too much for one person.<br>P: will cost a lot of money. Rent a van. Rent a house for a month. :)<br>U: I think ▮▮▮ would be worth it.<br>P: :) don't you mean half of ▮▮▮. do you know his address?<br>U: No, but I could find it. Do you think it would take a month to eat him?<br>P: probably not with two of us. But we probably wouldn't get him the first night. but if we do, we get to enjoy him for a week or two first. |

Extended Sexual Abuse

| Date | User | Quote |
|------|------|-------|
| 2/19/2011 | calf_keeper2 | P: how are you?still hunting little pigletts? any new pics?<br>C: yes.  been hunting.  helped a buddy with a little 10 month girl piglet last weekend.  had one of my own not long before that, just little one though.  no big ones lately<br>P: any pics?  naked?  bound?  gagged?  cooking?  butchering?<br>C: only naked I have is the baby girl piglet that I helped with just lying on a couch when my buddy showed her to me. have two pics of a little 6 yr old blindfolded but clothed<br>P: nice.  I prefer boys though.  nice plump naked boys<br>C: I can show you my last boy but the best I have of him is diapered<br>P: :)  please.  naked and bound is always best though.  :) soooooo delicious. I want to eat him now.  and I just ate<br>C: he was the one that I might have shown you sitting in a riding toy outside a store earlier this winter. almost caught him that day and ended up getting him a few weeks later. wearing the same coat and shoes as in the pic<br>P: not sure.  but not a big fan of clothed meat  :)<br>C: Ok. well that was the best shot I got of him.  that was on the day of his capture a few hours after getting him to the cabin. he was small, but plump and oh so tender<br>P: he looks delicious<br>C: he didn't know when that picture was taken that he had less than a day to be a little boy. then he was to become just meat<br>P: :)  so nice<br>C: a nice plump slab of toddler meat ripe for butchering, cooking and eating<br>P: I would have loved to eat him. I just can't get a boy<br>C: I was so hoping that he would give me another chance to take him.  It took a while but finally he wandered off from his babysittier just long enough for me to lure him away. I kept squeezing his meaty arms and legs and rubbing his soft belly all the way home with him too.  He just giggled and loved the attention.  He didn't know I was really checking his meat ;) |

Extended Sexual Abuse